## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**LARRY ALVIN BROWN**                                                                                    **PLAINTIFF**
**#3521**

**v.**                                          **Case No. 3:24-cv-00086-KGB**

**POINSETT COUNTY JAIL**                                                                              **DEFENDANT**

### **ORDER**

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 5).  The parties have not filed any objections, and the time to file objections has passed.  Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*).  Brown's complaint is dismissed without prejudice (Dkt. No. 2).  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order and the accompanying Judgment is considered frivolous and not in good faith.

It is so ordered this 10th day of April, 2026.

_____
Kristine G. Baker
Chief United States District Judge