**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LARRY ALVIN BROWN**                                                                  **PLAINTIFF**
**#3521**

**v.**                                          **Case No. 3:24-cv-00086-KGB**

**POINSETT COUNTY JAIL**                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Larry Alvin Brown's complaint is dismissed without prejudice (Dkt. No. 2).  The relief sought is

denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is

considered frivolous and not in good faith.

It is so adjudged this 10th day of April, 2026.

_____

Kristine G. Baker
Chief United States District Judge